

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

On July 3, 2019, we abated this appeal to the trial court for a hearing to determine if the sitting district attorney and the district attorney's office were disqualified from prosecuting this appeal. A supplemental clerk's record has been filed containing the trial court's findings of fact and conclusions of law. The findings of fact and conclusions of law reflect that the trial court held a hearing, the district attorney filed a motion to voluntarily recuse himself from this matter, and the trial court granted the district attorney's motion to voluntarily recuse himself from this matter. The motion to recuse states that the State Prosecuting Attorney will now be prosecuting this matter.

This appeal is REINSTATED on this court's docket.

The State Prosecuting Attorney has filed a notice of appearance, a motion to strike the appellate brief filed by the district attorney's office, and a motion for extension of time to file her brief.

The notice of appearance filed by the State Prosecuting Attorney is NOTED. The State is represented in this appeal by Stacey M. Soule, State Prosecuting Attorney, and John R. Messinger, Assistant State Prosecuting Attorney. The motions to strike the appellate brief filed by the district attorney's office and for an extension of time to file the State Prosecuting Attorney's brief are GRANTED. The appellate brief previously filed by the district attorney's office is STRICKEN. The State Prosecuting Attorney's brief is due in this court on or before **October 23, 2019**.

It is so **ORDERED** on September 18, 2019.

PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court